JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LESHAWN MCCRAY,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-00803-SSS-SPx<br><br>**ORDER GRANTING STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>The Hon. Sunshine Suzanne Sykes<br><br>Trial Date:   None Set |

The Court, having read and considered the parties' Joint Stipulation to Remand Matter to the Superior Court of California, and for good cause shown, hereby **ORDERS** as follows:

1. This action is **REMANDED** to the Superior Court of California, County of Riverside, Menifee Justice Center; and

2. All deadlines, hearings and other dates in this matter are VACATED.

**IT IS SO ORDERED.**

DATED: June 10, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge

38190278.1:12708-0024

ORDER GRANTING STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA